**Opinion issued November 16, 2021**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-20-00713-CV

———————————

**IN RE MID-CON ENERGY OPERATING, LLC, MID-CON ENERGY PARTNERS, LP, REPUBLIC INDUSTRIAL AND ENERGY SOLUTIONS LLC, AND QUAIL WELL SERVICE, INC., Relators**

**Original Proceeding on Petition for Writ of Mandamus**

## MEMORANDUM OPINION

Relators, Mid-Con Energy Operating, LLC, Mid-Con Energy Partners, LP, Republic Industrial and Energy Solutions LLC, and Quail Well Service, Inc., have filed a petition for a writ of mandamus, challenging the trial court's May 5, 2020

order denying their "Joint Motion to Compel Independent Medical Examinations and Request for Neuropsychologic Raw Test Data."[1]

We deny relators' petition for writ of mandamus.

**PER CURIAM**

Panel consists of Justices Kelly, Hightower, and Farris.

---

[1] The underlying case is *Fernando Lawhon v. Republic Industrial and Energy Solutions LLC, Mid-Con Energy Operating, LLC, Mid-Con Energy Partners, LP, Smart Move LLC, and Quail Well Service, Inc.*, Cause No. 2018-26435, in the 61st District Court of Harris County, Texas, the Honorable Fredericka Phillips presiding.